TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6533
Summer.Johnson@usdoj.gov

*Attorneys for the Federal Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| Takisha Brooks, | Case No. 2:26-cv-00210-CDS-BNW |
|---|---|
| Plaintiff, | **Stipulation and Order to Extend Time to Respond to Plaintiff's First Amended Complaint** |
| v. | |
| Equal Employment Opportunity Commission, *et al.*, | **(First Request)** |
| Defendant. | |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff *pro se* Takisha Brooks, and Federal Defendant Equal Employment Opportunity Commission, through his undersigned counsel, hereby hereby respectfully move the Court to approve the following stipulation to extend the time for the United States of America to respond to Plaintiff's Complaint to **June 22, 2026**. This extension is necessary because agency counsel needs additional time to complete its analysis of the allegations in Plaintiff's Amended Complaint.

The parties have conferred and stipulate to an extension of time for the United States of America to file its response to Plaintiff's Amended Complaint to June 22, 2026, to provide the agency with the time it needs to complete its analysis of the allegations in Plaintiff's Amended Complaint. Accordingly, the parties respectfully request that the Court grant this stipulation to extend the deadline for the United States of America to respond to Plaintiff's Complaint to **June 22, 2026**.

This is the first request for an extension of time for the United States of America to respond to Plaintiff's Complaint. This extension request is submitted in good faith and not for purposes of undue delay.

Respectfully submitted this 18th day of May 2026.

SIGAL CHATTAH
First Assistant United States Attorney

/s/ Takisha Brooks
TAKISHA BROOKS
Plaintiff Pro Se

/s/ James R. Sweetin
JAMES R. SWEETIN
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** __May 20, 2026_____

2