UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Takisha Brooks,<br>Plaintiff<br>v.<br>Regional Transportation Commission, et al.,<br>Defendants | Case No. 2:26-cv-00210-CDS-BNW<br>**Order Granting Plaintiff's Voluntary Motion to Dismiss and Denying as Moot Defendant Transdev's Motion to Dismiss and Motion to Extend Time, and Denying EEOC's Motion to Dismiss**<br>[ECF Nos. 13, 24, 27, 28, 31] |

This is a conspiracy and negligence action brought by pro se plaintiff Takisha Brooks. She initiated this action by filing a complaint against the Regional Transportation Commission of Southern Nevada (RTC), Transdev Services Inc., and the Equal Employment Opportunity Commission (EEOC). Compl., ECF No. 1. Brooks subsequently filed an amended complaint. Am. compl., ECF No. 7.

On May 28, 2026, Brooks filed a motion to dismiss explaining that although she was able to provide proof of service within the time allowed under Federal Rule of Civil Procedure 4, she was unable to provide the court with the process server's signature on the proof of service for RTC. Mot., ECF No. 13. Brooks therefore requests dismissal without prejudice so that she may refile her complaint at a later date. *Id.* I construe this motion as one for voluntary dismissal as to all defendants.[1]

Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

[1] The EEOC and Transdev filed notices of non-opposition to Brooks's motion to dismiss. ECF. Nos. 19, 20. Brooks did not respond or otherwise oppose those notices.

Because no defendant has filed and served an answer or a motion for summary judgment, the plaintiff's case is dismissed without prejudice.[2]

**Conclusion**

IT IS THEREFORE ORDERED that Takisha Brooks's motion to dismiss without prejudice **[ECF No. 13] is GRANTED.** This case is dismissed without prejudice.

IT IS FURTHER ORDERED that Transdev Services Inc.'s motion to dismiss the first amended complaint **[ECF No. 24]** and motion to extend time to file a reply **[ECF No. 31] are DENIED as moot.**

IT IS FURTHER ORDERED that the Equal Employment Opportunity Commission's motion to dismiss the amended complaint **[ECF Nos. 27, 28] is DENIED as moot.**

The Clerk of Court is kindly directed to close this case.

Dated: July 14, 2026

Cristina D. Silva
United States District Judge

[2] Transdev filed a separate motion to dismiss under FRCP 12(b)(6). ECF No. 24. Because I dismiss the plaintiff's case, Transdev's motion is denied as moot. Also denied as moot is the EEOC's motion to dismiss the amended complaint. ECF No. 28 (erroneously filed as a motion to extend time to respond, ECF No. 27).